Adcock & Morrison, PLLC
P.O. Box 3308
199 Charmont Dr., Suite 1
Ridgeland, MS 39158
Telephone: 601-898-9887
Facsimile: 601-898-9860

*Attorneys for Plaintiff*

**FILED**

SEP 2 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-3205 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Diane Odom, Individually and on Behalf of the Wrongful Death Beneficiaries of William Edward Odom, Deceased; and the Estate of William Edward Odom, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>Pharmacia Corporation; Pfizer Inc; Beverly Myers, M.D. and John Does 1-V,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiff and Defendants in the above-entitled action, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'

//

//

//

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1 | fees and costs.

4 | DATED: 7|30, 2010       By: _____
5 |                              Adcock & Morrison, PLLC
  |                              P.O. Box 3308
  |                              199 Charmont Dr., Suite 1
6 |                              Ridgeland, MS 39158
  |                              Telephone: 601-898-9887
7 |                              Facsimile: 601-898-9860

8 |                              *Attorneys for Plaintiff*

9 | DATED: Aug. 18, 2010    By: _____
10|                              **DLA PIPER LLP (US)**
  |                              1251 Avenue of the Americas
11|                              New York, New York 10020
12|                              Telephone: 212-335-4500
  |                              Facsimile: 212-335-4501

13|
  |                              *Attorneys for Defendants Pfizer Inc*
14|                              *and Pharmacia Corporation*

15|
16| DATED: 8|10, 2010       By: _____
  |                              Gholson Burson Entrekin & Orr PA
17|                              535 North 5th Avenue (39440)
  |                              P.O. Box 1289
18|                              Laurel, MS 39441-1289
  |                              Telephone: 601-649-4440
19|                              Facsimile: 601-649-4441 (fax)

20|                              *Attorneys for Defendant Beverly Myers, M.D.*

23| PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
   | IT IS SO ORDERED.

26| Dated: 9-28-2010         _____
                              Hon. Charles R. Breyer
27|                           United States District Court

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**